# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Danielle Riggs<br><br>    <u>Debtor</u><br><br><br>Danielle Riggs<br><br>  v.<br><br>Pennsylvania Housing Finance Agency | CHAPTER 13<br><br>BKY. NO. 18-17963 JKF<br><br>ADV. NO. 19-00013 JKF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

            Respectfully submitted,

            **/s/ Kevin G. McDonald, Esq.**
            Kevin G. McDonald, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322