**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | | : | Chapter 13 |
| | Danielle Riggs | : | |
| | Debtor | : | Bankruptcy No. 18-17963 JKF |

**CERTIFICATION OF NO OBJECTION TO MOTION OF DEBTOR**

I, MITCHELL LEE CHAMBERS, ESQUIRE, counsel for Debtor(s), do hereby certify that:

1. On January 14, 2019, I caused to be served, by fax or first class United States mail, postage prepaid, a true and correct copy of Debtor's Motion to Avoid Liens (the "Motion"), together with the related Notice of Motion, Response Deadline and Hearing Date, upon the Standing Trustee, U.S. Trustee and each holder of a claim against Debtor (the "Interested Parties").

2. The Notice required the Interested Parties to file any objection to the Motion with the Court, and to serve a copy of any such objection upon the undersigned, on or before February 3, 2019.

3. As of the date hereof, no objection to the Motion has been served upon the undersigned.

WHEREFORE, the Motion is uncontested and the undersigned requests the Court to enter the proposed order submitted with the Motion, a copy of which is attached hereto.

Dated: February 5, 2019            /s/ Mitchell Lee Chambers, Esq.
                                   602 Little Gloucester Road, Suite 5
                                   Blackwood, NJ 08012
                                   Phone: (856) 302-1778
                                   Fax: (856) 302-1779