**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | | : | Chapter 13 |
| | Danielle Riggs | : | |
| | Debtor | : | Bankruptcy No. 18-17963 JKF |

## ORDER

Upon consideration of Debtor's Motion to Avoid Liens (the "Motion"), and after notice and opportunity for a hearing, it is hereby ORDERED and DECREED that:

1. The Motion is granted;

2. The lien affecting any interest of Debtor in property (the "Liens") obtained by Cavalry SPV, LLC by judgment is hereby avoided and declared null and void; and. The avoidance is effective upon discharge.

3. ~~All property affected by the Liens, and title thereto and possession thereof is hereby discharged from the Liens, including the real and personal property located at 1203 Crestview Road, Darby, PA 19023.~~

BY THE COURT

Dated: February 14, 2019

_____
**United States Bankruptcy Judge**
Jean K. FitzSimon

cc:
Mitchell Lee Chambers, Esq.
602 Little Gloucester Road, Suite 5
Blackwood, NJ  08012

Scott Waterman, Trustee
2901 St. Lawrence Ave.
Reading, PA 19606

Cavalry SPV, LLC
C/O Managing Officer
500 Summitt Lake Drive
Valhala, NY 10595

Danielle Riggs
1203 Crestview Road
Darby, PA 19023