United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-17963-jkf
Danielle Riggs                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Feb 14, 2019
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2019.
db             +Danielle Riggs,    1203 Crestview Road,    Darby, PA 19023-1111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14258162       +E-mail/Text: bankruptcy@cavps.com Feb 15 2019 02:36:52      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
                                                                                                TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2019 at the address(es) listed below:
        KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
         bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
         bkgroup@kmllawgroup.com
        MITCHELL LEE CHAMBERS, JR.    on behalf of Plaintiff Danielle  Riggs ecfbc@comcast.net,
         paecfbc@gmail.com
        MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Danielle  Riggs ecfbc@comcast.net,
         paecfbc@gmail.com
        SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com,
         ECF_FRPA@Trustee13.com
                                                                                                        TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :        Chapter 13
    Danielle Riggs                        :
    Debtor                                :        Bankruptcy No.  18-17963 JKF

## ORDER

Upon consideration of Debtor's Motion to Avoid Liens (the "Motion"), and after notice and opportunity for a hearing, it is hereby ORDERED and DECREED that:

1. The Motion is granted;

2. The lien affecting any interest of Debtor in property (the "Liens") obtained by Cavalry SPV, LLC by judgment is hereby avoided. The avoidance is effective upon discharge.

3. 

BY THE COURT

Dated: February 14, 2019          _____

                                              **United States Bankruptcy Judge**
                                              Jean K. FitzSimon

cc:
Mitchell Lee Chambers, Esq.
602 Little Gloucester Road, Suite 5
Blackwood, NJ  08012

Scott Waterman, Trustee
2901 St. Lawrence Ave.
Reading, PA 19606

Cavalry SPV, LLC
C/O Managing Officer
500 Summitt Lake Drive
Valhala, NY 10595

Danielle Riggs
1203 Crestview Road
Darby, PA 19023