UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :          Chapter 13
    DANIELLE RIGGS
                                                             :
                Debtor(s)       :          Bankruptcy No.  18-17963 JKF

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**Debtor has filed an objection to the proof of claim you filed in this bankruptcy case.**

**<u>Your claim may be reduced, modified, or eliminated</u>.  You should read these papers carefully and discuss them with your attorney, if you have one.**

    If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Jean K. FitzSimon on April 10, 2019 at 9:30 a.m., in Courtroom 3, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA..

    If you or your attorney does not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Date:  MARCH 1, 2019

Attorney for Objector

/s/ Mitchell Lee Chambers, Esq.
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012
Phone:  856-3021-778