**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
|    Danielle Riggs | : | |
|           Debtors | : | Case No. 18-17963  JKF |

**PRAECIPE TO WITHDRAW DEBTOR'S OBJECTIONM TO CLAIM**
**FILED BY PENNSYLVANIA HOUSING AND FINANCE AGENCY**

To the Clerk of the Court:

      Kindly withdraw the Debtor's Objection to proof of claim filed by Pennsylvania Housing Agency.

Attorney for Objector

/s/ Mitchell Lee Chambers, Esq.
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012
Phone:  856-3021-778

April 8, 2019

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Danielle Riggs | : | |
| Debtors | : | Case No. 18-17963  JKF |

**CERTIFICATION OF SERVICE**

I, Mitchell Lee Chambers, Esquire, counsel for Debtor, do hereby certify that, on the date hereof, I caused to be served, by ECF, fax, or first class United States mail, postage prepaid, a true and correct copy of the Praecipe to Withdraw Debtor's Objection to claim filed by Pennsylvania Housing Agency upon counsel for Movant and the Trustee, at the following fax numbers or addresses:

<u>VIA ECF</u>

Scott Waterman, Chapter 13 Trustee

2901 St. Lawrence Ave.

Ste. 100

Reading, PA 19606

**<u>VIA EMAIL</u>**
DANIELLE RIGGS, Debtor
1203 CRESTVIEW ROAD
DARBY, PA 19023

<u>Via ECF</u>
KML LAW GROUP
C/O Kevin McDonald, Esq.
701 Market Street
Philadelphia, PA 19106

Attorney for Objector

<u>/s/ Mitchell Lee Chambers, Esq.</u>
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012
Phone:  856-3021-778

April 8, 2019