## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Danielle Riggs<br>_Debtor(s)_ | | CHAPTER 13 |
| Global Lending Services LLC<br>_Movant_<br>vs. | | NO. 18-17963 JKF |
| Danielle Riggs<br>_Debtor(s)_ | | |
| Scott Waterman<br>_Trustee_ | | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Global Lending Services LLC, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2018 Nissan Altima, VIN:1N4AL3AP1JC293650 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 21st day of October, 2019.

_Jean K. FitzSimon_
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Danielle Riggs
1203 Crestview Road
Darby, PA 19023

Mitchell Lee Chambers, Jr.
Law Offices of Mitchell Lee Chambers
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532