United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-17963-jkf
Danielle Riggs                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Linda              Page 1 of 1           Date Rcvd: Oct 22, 2019
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2019.
db           +Danielle Riggs,   1203 Crestview Road,   Darby, PA 19023-1111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 24, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2019 at the address(es) listed below:
     JADA S. GREENHOWE    on behalf of Defendant    PA Housing Finance Agency jgreenhowe@phfa.org
     KEVIN G. MCDONALD    on behalf of Creditor    Global Lending Services LLC bkgroup@kmllawgroup.com
     KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
     KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
     LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
     MITCHELL LEE CHAMBERS, JR.    on behalf of Plaintiff Danielle  Riggs ecfbc@comcast.net, paecfbc@gmail.com
     MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Danielle  Riggs ecfbc@comcast.net, paecfbc@gmail.com
     POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com
     SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                               TOTAL: 11

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Danielle Riggs<br>Debtor(s) | CHAPTER 13 |
| Global Lending Services LLC<br>Movant<br>vs. | NO. 18-17963 JKF |
| Danielle Riggs<br>Debtor(s) | |
| Scott Waterman<br>Trustee | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Global Lending Services LLC, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2018 Nissan Altima, VIN:1N4AL3AP1JC293650  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this   21st   day of October , 2019.

_Jean K. FitzSimon_

United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Danielle Riggs
1203 Crestview Road
Darby, PA 19023

Mitchell Lee Chambers, Jr.
Law Offices of Mitchell Lee Chambers
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532