| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-17963-AMC**

DANIELLE  RIGGS
1203 CRESTVIEW ROAD
DARBY  PA    19023

Petition Filed Date: 12/03/2018
341 Hearing Date: 01/11/2019
Confirmation Date: 06/05/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $494.00 | 25647552268 | 02/05/2019 | $494.00 | 25736630117 | 03/08/2019 | $494.00 | 8466 |
| 04/15/2019 | $624.00 | Monthly Plan P | 05/13/2019 | $624.00 | Monthly Plan P | 06/12/2019 | $624.00 | Monthly Plan P |
| 07/12/2019 | $624.00 | Monthly Plan P | 08/15/2019 | $624.00 | Monthly Plan P | 09/17/2019 | $624.00 | Monthly Plan P |
| 10/18/2019 | $624.00 | | 11/19/2019 | $624.00 | | 12/16/2019 | $624.00 | |
| 01/14/2020 | $624.00 | | 02/10/2020 | $624.00 | | 03/23/2020 | $624.00 | |
| 04/20/2020 | $624.00 | | 05/18/2020 | $624.00 | | 06/15/2020 | $624.00 | |

**Total Receipts for the Period: $10,842.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,842.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICAN EXPRESS NATIONAL BANK  »» 002 | Unsecured Creditors | $1,103.48 | $0.00 | $1,103.48 |
| 4 | BECKET & LEE, LLP  »» 004 | Unsecured Creditors | $1,020.73 | $0.00 | $1,020.73 |
| 3 | CAVALRY INVESTMENTS LLC  »» 003 | Unsecured Creditors | $5,924.86 | $0.00 | $5,924.86 |
| 6 | GLOBAL LENDING SERVICES LLC  »» 006 | Secured Creditors | $606.77 | $114.67 | $492.10 |
| 7 | PHFA-HEMAP  »» 007 | Mortgage Arrears | $29,045.82 | $6,038.86 | $23,006.96 |
| 8 | PHFA-HEMAP  »» 008 | Unsecured Creditors | $21,892.86 | $0.00 | $21,892.86 |
| 1 | POLICE & FIRE FCU  »» 001 | Unsecured Creditors | $761.45 | $0.00 | $761.45 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES  »» 005 | Unsecured Creditors | $1,034.23 | $0.00 | $1,034.23 |
| 9 | MITCHELL LEE CHAMBERS JR ESQ  »» 009 | Attorney Fees | $3,692.00 | $3,692.00 | $0.00 |

**Chapter 13 Case No. 18-17963-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $10,842.00 | Current Monthly Payment: | $624.00 |
| Paid to Claims: | $9,845.53 | Arrearages: | $1,248.00 |
| Paid to Trustee: | $984.98 | Total Plan Base: | $37,050.00 |
| Funds on Hand: | $11.49 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.