| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-17963-AMC**

DANIELLE  RIGGS
1203 CRESTVIEW ROAD
DARBY  PA    19023

Petition Filed Date: 12/03/2018
341 Hearing Date: 01/11/2019
Confirmation Date: 06/05/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2020 | $624.00 | | 02/10/2020 | $624.00 | | 03/23/2020 | $624.00 | |
| 04/20/2020 | $624.00 | | 05/18/2020 | $624.00 | | 06/15/2020 | $624.00 | |
| 08/18/2020 | $624.00 | | 11/24/2020 | $624.00 | | 02/19/2021 | $416.00 | |
| 04/13/2021 | $416.00 | | 06/01/2021 | $475.00 | | | | |

**Total Receipts for the Period: $6,299.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $13,397.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | AMERICAN EXPRESS NATIONAL BANK<br>»»  002 | Unsecured Creditors | $1,103.48 | $0.00 | $1,103.48 |
| 4 | BECKET & LEE, LLP<br>»»  004 | Unsecured Creditors | $1,020.73 | $0.00 | $1,020.73 |
| 3 | CAVALRY INVESTMENTS LLC<br>»»  003 | Unsecured Creditors | $5,924.86 | $0.00 | $5,924.86 |
| 6 | GLOBAL LENDING SERVICES LLC<br>»»  006 | Secured Creditors | $137.65 | $137.65 | $0.00 |
| 7 | PHFA-HEMAP<br>»»  007 | Mortgage Arrears | $29,045.82 | $7,543.05 | $21,502.77 |
| 8 | PHFA-HEMAP<br>»»  008 | Unsecured Creditors | $21,892.86 | $0.00 | $21,892.86 |
| 1 | POLICE & FIRE FCU<br>»»  001 | Unsecured Creditors | $761.45 | $0.00 | $761.45 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  005 | Unsecured Creditors | $1,034.23 | $0.00 | $1,034.23 |
| 9 | MITCHELL LEE CHAMBERS JR ESQ<br>»»  009 | Attorney Fees | $3,692.00 | $3,692.00 | $0.00 |
| 0 | MITCHELL LEE CHAMBERS JR ESQ | Attorney Fees | $400.00 | $400.00 | $0.00 |

**Chapter 13 Case No. 18-17963-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,397.00 | Current Monthly Payment: | $416.00 |
| Paid to Claims: | $11,772.70 | Arrearages: | $1,397.00 |
| Paid to Trustee: | $1,196.80 | Total Plan Base: | $36,842.00 |
| Funds on Hand: | $427.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.