**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
|    Danielle Riggs | : | |
|        Debtors | : | Case No. 18-17963 |

### CERTIFICATE OF NO RESPONSE

I, MITCHELL LEE CHAMBERS, ESQUIRE, counsel for Debtor(s), do hereby certify that:

1. On January 4, 2022 I caused to be served, by fax or first class United States mail, postage prepaid, a true and correct copy of Debtor's Supplemental Fee Application for Compensation, together with the related Notice of Motion, Response Deadline and Hearing Date, upon the Standing Trustee, U.S. Trustee and each holder of a claim against Debtor (the "Interested Parties").

2. The Notice required the Interested Parties to file any objection to the Motion with the Court, and to serve a copy of any such objection upon the undersigned, on or before January 24, 2022.

3. As of the date hereof, no objection to the Motion has been served upon the undersigned.

WHEREFORE, the Motion is uncontested and the undersigned requests the Court to enter the proposed order submitted with the Motion, a copy of which is attached hereto.

Dated: May 20, 2022    /s/ Mitchell Lee Chambers, Esquire
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012
Phone:  (856) 302-1778