Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 18-17963-AMC**

DANIELLE  RIGGS  
1203 CRESTVIEW ROAD  
DARBY  PA    19023

Petition Filed Date: 12/03/2018  
341 Hearing Date: 01/11/2019  
Confirmation Date: 06/05/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/13/2021 | $416.00 | | 06/01/2021 | $475.00 | | 07/21/2021 | $475.00 | |
| 08/16/2021 | $475.00 | | 09/29/2021 | $475.00 | | 10/25/2021 | $475.00 | |
| 12/09/2021 | $800.00 | | 02/15/2022 | $441.00 | | 03/16/2022 | $882.00 | |
| 06/22/2022 | $450.00 | | 06/27/2022 | $416.00 | | | | |

**Total Receipts for the Period:  $5,780.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $18,286.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | AMERICAN EXPRESS NATIONAL BANK<br>»» 002 | Unsecured Creditors | $1,103.48 | $0.00 | $1,103.48 |
| 4 | BECKET & LEE, LLP<br>»» 004 | Unsecured Creditors | $1,020.73 | $0.00 | $1,020.73 |
| 3 | CAVALRY SPV INVESTMENTS LLC<br>»» 003 | Unsecured Creditors | $5,924.86 | $0.00 | $5,924.86 |
| 6 | GLOBAL LENDING SERVICES LLC<br>»» 006 | Secured Creditors | $137.65 | $137.65 | $0.00 |
| 7 | PHFA-HEMAP<br>»» 007 | Mortgage Arrears | $29,045.82 | $12,039.93 | $17,005.89 |
| 8 | PHFA-HEMAP<br>»» 008 | Unsecured Creditors | $21,892.86 | $0.00 | $21,892.86 |
| 1 | POLICE & FIRE FCU<br>»» 001 | Unsecured Creditors | $761.45 | $0.00 | $761.45 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $1,034.23 | $0.00 | $1,034.23 |
| 9 | MITCHELL LEE CHAMBERS JR ESQ<br>»» 009 | Attorney Fees | $3,692.00 | $3,692.00 | $0.00 |
| 0 | MITCHELL LEE CHAMBERS JR ESQ | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 0 | MITCHELL LEE CHAMBERS JR ESQ | Attorney Fees | $400.00 | $400.00 | $0.00 |

**Chapter 13 Case No. 18-17963-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,286.00 | Current Monthly Payment: | $441.00 |
| Paid to Claims: | $16,669.58 | Arrearages: | $1,339.00 |
| Paid to Trustee: | $1,616.42 | Total Plan Base: | $37,265.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.