**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Danielle Riggs | : | |
| Debtor | : | Bankruptcy No. 18-17963 AMC |

## ORDER

Upon consideration of Debtor's Motion to Abate and Modify the Chapter 13 Plan (the "Motion"), and after notice and opportunity for a hearing, it is hereby ORDERED and DECREED that:

1. The Motion is granted;

2. Debtors' Modified Chapter 13 Plan (the "Modified Plan") complies with the requirements of 11 U.S.C. 1322 and 1325(a) and with the other applicable provisions of title U.S.C.; and;

3. The Modified Plan is approved and such plan now constitutes the confirmed plan pursuant to 11 U.S.C. 1329(a)(2).

BY THE COURT

Dated: August 9th, 2023

_____
ASHELY M. CHAN
**U**nited States Bankruptcy Judge