Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-17963-AMC

DANIELLE  RIGGS
1203 CRESTVIEW ROAD
DARBY  PA    19023

Petition Filed Date: 12/03/2018
341 Hearing Date: 01/11/2019
Confirmation Date: 06/05/2019

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 08/08/2022 | $420.00 | | 09/19/2022 | $700.00 | | 09/26/2022 | $443.00 | |
| 12/05/2022 | $1,143.00 | | 02/01/2023 | $1,143.00 | | 03/30/2023 | $1,143.00 | |
| 05/08/2023 | $1,143.00 | | 07/05/2023 | $1,750.00 | | | | |

**Total Receipts for the Period: $7,885.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $26,171.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | AMERICAN EXPRESS NATIONAL BANK<br>»» 002 | Unsecured Creditors | $1,103.48 | $0.00 | $1,103.48 |
| 4 | CAPITAL ONE NA<br>»» 004 | Unsecured Creditors | $1,020.73 | $0.00 | $1,020.73 |
| 3 | CAVALRY SPV INVESTMENTS LLC<br>»» 003 | Unsecured Creditors | $5,924.86 | $0.00 | $5,924.86 |
| 6 | GLOBAL LENDING SERVICES LLC<br>»» 006 | Secured Creditors | $137.65 | $137.65 | $0.00 |
| 7 | PHFA-HEMAP<br>»» 007 | Mortgage Arrears | $29,045.82 | $14,350.28 | $14,695.54 |
| 8 | PHFA-HEMAP<br>»» 008 | Unsecured Creditors | $21,892.86 | $0.00 | $21,892.86 |
| 1 | POLICE & FIRE FCU<br>»» 001 | Unsecured Creditors | $761.45 | $0.00 | $761.45 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $1,034.23 | $0.00 | $1,034.23 |
| 9 | MITCHELL LEE CHAMBERS JR ESQ<br>»» 009 | Attorney Fees | $3,692.00 | $3,692.00 | $0.00 |
| 0 | MITCHELL LEE CHAMBERS JR ESQ | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 0 | MITCHELL LEE CHAMBERS JR ESQ | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 9 | PHFA-HEMAP<br>»» 07P | Mortgage Arrears | $24,455.28 | $3,322.42 | $21,132.86 |

**Chapter 13 Case No. 18-17963-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,171.00 | Current Monthly Payment: | $1,143.60 |
| Paid to Claims: | $22,302.35 | Arrearages: | $6,258.20 |
| Paid to Trustee: | $2,276.15 | Total Plan Base: | $64,450.00 |
| Funds on Hand: | $1,592.50 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.