*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Danielle Riggs
    Debtor(s)

Case No: 18–17963–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Debtor's Response to Certification of Default filed by Creditor PENNSYLVANIA HOUSING FINANCE AGENCY Filed by Danielle Riggs (related doc.#[134]).

    on: 1/31/24

    at: 11:00 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 1/16/24

Timothy B. McGrath
Clerk of Court

137 – 134, 136
Form 167