United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                   Case No. 18-17963-amc
Danielle Riggs                                                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                          Page 1 of 2
Date Rcvd: Jan 16, 2024                Form ID: 167                     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle Riggs, 1203 Crestview Road, Darby, PA 19023-1111 |
| cr | + | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o KEVIN G. MCDONALD, 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2024 04:31:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Pennsylvania Housing Finance Agency, c/o KEVIN G. MCDONALD, 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 18, 2024                                Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JADA S. GREENHOWE | on behalf of Defendant PA Housing Finance Agency jgreenhowe@phfa.org |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 16, 2024 | Form ID: 167 | Total Noticed: 3

KEVIN G. MCDONALD
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor Global Lending Services LLC bkgroup@kmllawgroup.com

LEON P. HALLER
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
    dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

LEON P. HALLER
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com
    dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MARK A. CRONIN
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

MARK A. CRONIN
    on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

MITCHELL LEE CHAMBERS, JR.
    on behalf of Plaintiff Danielle Riggs ecfbc@comcast.net paecfbc@gmail.com

MITCHELL LEE CHAMBERS, JR.
    on behalf of Debtor Danielle Riggs ecfbc@comcast.net paecfbc@gmail.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Danielle Riggs
    Debtor(s)

Case No: 18−17963−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Debtor's Response to Certification of Default filed by Creditor PENNSYLVANIA HOUSING FINANCE AGENCY Filed by Danielle Riggs (related doc.#[134]).

on: 1/31/24

at: 11:00 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  1/16/24

Timothy B. McGrath
Clerk of Court

137 − 134, 136
Form 167