| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 18-17963-AMC**

DANIELLE RIGGS
1203 CRESTVIEW ROAD
DARBY PA 19023

Petition Filed Date: 12/03/2018
341 Hearing Date: 01/11/2019
Confirmation Date: 06/05/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2023 | $1,277.15 | | 12/19/2023 | $1,320.00 | | 02/13/2024 | $1,320.00 | |
| 04/04/2024 | $1,320.00 | | 06/04/2024 | $1,320.00 | | | | |

**Total Receipts for the Period: $6,557.15    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $35,348.15**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICAN EXPRESS NATIONAL BANK »» 002 | Unsecured Creditors | $1,103.48 | $0.00 | $1,103.48 |
| 4 | CAPITAL ONE NA »» 004 | Unsecured Creditors | $1,020.73 | $0.00 | $1,020.73 |
| 3 | CAVALRY SPV INVESTMENTS LLC »» 003 | Unsecured Creditors | $5,924.86 | $0.00 | $5,924.86 |
| 6 | GLOBAL LENDING SERVICES LLC »» 006 | Secured Creditors | $137.65 | $137.65 | $0.00 |
| 7 | PHFA-HEMAP »» 007 | Mortgage Arrears | $29,045.82 | $18,396.45 | $10,649.37 |
| 8 | PHFA-HEMAP »» 008 | Unsecured Creditors | $21,892.86 | $0.00 | $21,892.86 |
| 1 | POLICE & FIRE FCU »» 001 | Unsecured Creditors | $761.45 | $0.00 | $761.45 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $1,034.23 | $0.00 | $1,034.23 |
| 9 | MITCHELL LEE CHAMBERS JR ESQ »» 009 | Attorney Fees | $3,692.00 | $3,692.00 | $0.00 |
| 0 | MITCHELL LEE CHAMBERS JR ESQ | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 0 | MITCHELL LEE CHAMBERS JR ESQ | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 9 | PHFA-HEMAP »» 07P | Mortgage Arrears | $24,455.28 | $9,140.96 | $15,314.32 |

**Chapter 13 Case No. 18-17963-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $35,348.15 | Current Monthly Payment: | $1,320.00 |
| Paid to Claims: | $32,167.06 | Arrearages: | $7,982.85 |
| Paid to Trustee: | $3,181.09 | Total Plan Base: | $64,451.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.