United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-17963-amc
Danielle Riggs                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: admin                              Page 1 of 2
Date Rcvd: Jan 08, 2025                 Form ID: pdf900                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

**Recip ID**              **Recipient Name and Address**
db                   +   Danielle Riggs, 1203 Crestview Road, Darby, PA 19023-1111

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2025                      Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2025 at the address(es) listed below:**

**Name**                        **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

JADA S. GREENHOWE
    on behalf of Defendant PA Housing Finance Agency jgreenhowe@phfa.org

KATIE HOUSMAN
    on behalf of Creditor Pennsylvania Housing Finance Agency-HEMAP khousman@pkh.com

KEVIN G. MCDONALD
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

District/off: 0313-2                              User: admin                              Page 2 of 2
Date Rcvd: Jan 08, 2025                        Form ID: pdf900                         Total Noticed: 1

KEVIN G. MCDONALD
                        on behalf of Creditor Global Lending Services LLC bkgroup@kmllawgroup.com

LEON P. HALLER
                        on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
                        dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

LEON P. HALLER
                        on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com
                        dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MITCHELL LEE CHAMBERS, JR.
                        on behalf of Plaintiff Danielle Riggs ecfbc@comcast.net  paecfbc@gmail.com

MITCHELL LEE CHAMBERS, JR.
                        on behalf of Debtor Danielle Riggs ecfbc@comcast.net  paecfbc@gmail.com

POLLY A. LANGDON
                        on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
                        ECFMail@ReadingCh13.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                        :          Chapter 13
     Danielle Riggs                           :
                              Debtor          :          Bankruptcy No.  18-17963 AMC

**ORDER**

Upon consideration of Debtor's Motion to Modify the Chapter 13 Plan (the "Motion"), and after notice and opportunity for a hearing, it is hereby ORDERED and DECREED that:

1.   The Motion is granted;

2.   Debtors' Modified Chapter 13 Plan (the "Modified Plan") complies with the requirements of 11 U.S.C. 1322 and 1325(a) and with the other applicable provisions of title U.S.C.; and;

3.   The Modified Plan is approved and such plan now constitutes the confirmed plan pursuant to 11 U.S.C. 1329(a)(2).

Dated: _Jan. 8_____ , 2025

BY THE COURT

_____
**United States Bankruptcy Judge**