United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-17963-amc |
| Danielle Riggs | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 12, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle Riggs, 1203 Crestview Road, Darby, PA 19023-1111 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 14, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| JADA S. GREENHOWE | on behalf of Defendant PA Housing Finance Agency jgreenhowe@phfa.org |
| KATIE HOUSMAN | on behalf of Creditor Pennsylvania Housing Finance Agency-HEMAP khousman@pkh.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |

Case 18-17963-amc    Doc 189    Filed 06/14/25    Entered 06/15/25 00:36:50    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 12, 2025 | Form ID: pdf900 | Total Noticed: 1 |

KEVIN G. MCDONALD
    on behalf of Creditor Global Lending Services LLC bkgroup@kmllawgroup.com

LEON P. HALLER
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
    dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

LEON P. HALLER
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com
    dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MITCHELL LEE CHAMBERS, JR.
    on behalf of Plaintiff Danielle Riggs ecfbc@comcast.net paecfbc@gmail.com

MITCHELL LEE CHAMBERS, JR.
    on behalf of Debtor Danielle Riggs ecfbc@comcast.net paecfbc@gmail.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Danielle Riggs | : | |
|         Debtor | : | Bankruptcy No. 18-17963 AMC |

### ORDER

Upon consideration of Debtor's Motion to Modify the Chapter 13 Plan (the "Motion"), and after notice and opportunity for a hearing, it is hereby ORDERED and DECREED that:

1. The Motion is granted;

2. Debtors' Modified Chapter 13 Plan (the "Modified Plan") complies with the requirements of 11 U.S.C. 1322 and 1325(a) and with the other applicable provisions of title U.S.C.; and;

3. The Modified Plan is approved and such plan now constitutes the confirmed plan pursuant to 11 U.S.C. 1329(a)(2).

Dated: _____June 12_____, 2025

BY THE COURT

_____
United States Bankruptcy Judge