Certificate Number: 15111-PAE-DE-039900461

Bankruptcy Case Number: 18-17963



15111-PAE-DE-039900461

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 23, 2025, at 2:32 o'clock PM EDT, Danielle Riggs completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 23, 2025

By: /s/Hasan Bilal for Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education